75390. ROBERTS v. J.A.T.T. TITLE HOLDING CORPORATION.

BIRDSONG, Chief Judge.

The Supreme Court, in *J.A.T.T. Title Holding Corp. v. Roberts*, 258 Ga. 519 (371 SE2d 861), having reversed the decision of this court in *Roberts v. J.A.T.T. Title Holding Corp.*, 185 Ga. App. 892 (366 SE2d 297), the prior judgment of this court is vacated and the judgment of the Supreme Court is made the judgment of this court. The judgment of the trial court is affirmed.

*Judgment affirmed. Deen, P. J., and Pope, J., concur.*

DECIDED OCTOBER 27, 1988.

*Marva Jones Brooks, Jeff F. Klein,* for appellant.
*Charles E. Elrod, Jr., Randall A. Constantine,* for appellee.